**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DON BURIES

                Plaintiff(s),

  v.

JOHNSON & JOHNSON, et al.

                Defendant(s).

Case No: 3:15-cv-4282

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, James F. Murdica, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants (See Exh. A for list) in the above-entitled action. My local co-counsel in this case is Sarah E. Johnston, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Belknap Webb & Tyler LLP, 1133 Ave. of the Americas, New York, NY 10036 | Barnes & Thornburg LLP, 2029 Century Park East, Ste. 300, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 336-2921 | (310) 284-3798 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jfmurdica@pbwt.com | sjohnston@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4397735.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:                                                 James F. Murdica
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James F. Murdica is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/13/2015

                                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## James Francis Murdica

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of January, 2005**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of May, 2015**.



Robert D. Mayberger
Clerk

EXHIBIT A

# EXH. A:

# LIST OF REPRESENTED PARTIES

James F. Murdica applies for admission *pro hac vice* in the Northern District of California representing the following Defendants in this action:

- Johnson & Johnson;
- Janssen Research & Development, LLC (sued herein as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.);
- Janssen Pharmaceuticals, Inc. (sued herein as Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and
- McKesson Corporation.

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 12, 2015, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

## *PRO HAC VICE* APPLICATION AND ORDER

☐ BY UNITED STATES MAIL by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ By notice of Electronic Filing, which is a notice automatically generated by the CM/EFC system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "*ATTORNEY TO BE NOTICED.*"

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Sin-Ting Mary Liu, Esq.<br>AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ, PLLC<br>248 Third Street, #715<br>Oakland, CA 94608 | Attorneys for Plaintiffs<br><br>T: 510-698-9566<br>F: 760-304-8933<br>E: mliu@awkolaw.com |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2015, at Los Angeles, California.

*/s/ Marjory T. Dingwall*
Marjory T. Dingwall